THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHRISTINA S. DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, the sentencing set for 12:30 p.m. on Tuesday, June 30, 2015, shall be continued due to the continuation of a trial in Omaha, Nebraska, over which the undersigned United States district judge is presiding.

IT IS ORDERED:

1. The sentencing set for 12:30 p.m. on Tuesday, June 30, 2015, in the above-captioned matter is continued until further order of the court;

2. The judicial assistant to the undersigned United States district judge shall contact the parties at a later date to reschedule this matter;

3. The Clerk of Court shall forward a copy of this order to the U.S. Marshal.

DATED this 29th day of June, 2015.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge