IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NE CASE NO. 4:14CR3145 |
| | ) | NDCA CASE NO. CR 17-466 HSG |
| v. | ) | |
| CHRISTINA S. DOYLE, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

A Rule 35(b) sentence reduction motion is now ripe.[1] Since jurisdiction over the defendant (who is on supervised release) has been transferred to the Northern District of California with my express consent that the transferee court may change the period of supervised release without further inquiry of me (filing no. 92), the Northern District of California is now vested with the authority to reduce the sentence. *Cf. United States v. Fernandez*, 379 F.3d 270, 275 (5th Cir. 2004) (construing 18 U.S.C. §3605 and stating "Congress clearly intended to expand, not limit, the ability of the transferor court to transfer jurisdiction and of the transferee court *to take full jurisdiction* from the transferor court.") (Emphasis added). Furthermore, since the defendant has been under supervision of a United States Probation Officer in the Northern District of California, that court is well-suited to determining whether the defendant's supervised release term should be reduced. Therefore,

IT IS ORDERED that:

---

[1] The government moves to reduce the defendant's prison sentence. However, the defendant is now on supervised release. I therefore assume that the government is seeking a reduction in the defendant's period of supervision.

1. The government's motion for a sentence reduction pursuant to Rule 35(b) (filing no. 94) is transferred to the Northern District of California.

2. The Clerk shall provide copies of the following documents to the Clerk of the Northern District of California: (a) the presentence report (filing no. 67); (b) the judgment (filing no. 72); and (c) the sealed sentence reduction motion (filing no. 94).

3. The Clerk shall terminate filing no. 94 for statistical purposes in this Court.

4. Nebraska AUSA Marty Klein shall notify his counterpart in the United States Attorney's office for the Northern District of California of this matter.

5. Nebraska USPO Assistant Amber Prusa shall notify her counterpart in the Probation Office for the Northern District of California of this matter.

DATED this 12th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge